BUCKEYE UNION FIRE INSURANCE CO., PLAINTIFF-APPELLEE, *v.* SHELBY MUTUAL INSURANCE CO., DEFENDANT-APPELLANT, AND STATE AUTOMOBILE MUTUAL INSURANCE CO., NEW PARTY DEFENDANT-APPELLEE.

Ohio Appeals, Eighth District, Cuyahoga County.

No. 26567.    Decided May 28, 1964.

*Mr. James A. Chiara,* for plaintiff-appellee.
*Messrs. Davis & Young,* for defendant-appellant.
*Mr. Richard C. Green, Mr. Jack F. Smith,* of counsel, for new party defendant-appellee.

*Per Curiam.* On reconsideration: Motion of new party defendant, State Automobile Mutual Insurance Co., for reconsideration of judgment rendered on March 12, 1964 granted. Said judgment modified and final judgment is rendered on supplemental petition in favor of new party defendant, State Automobile Insurance Co. and against plaintiff, Buckeye Union Fire Insurance Company.

Exceptions noted.

Order see journal.

SILBERT, P. J., ARTL and CORRIGAN, JJ., concur.